UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x   Case No.: 17-11890-CGM-13
IN RE:                                         (Chapter 13)

SHANTA K. SUKHU,                               Assigned to:
                                               Hon. Cecelia G. Morris
                    Debtor.                    Bankruptcy Judge
------------------------------------------x

### ORDER DENYING THE BOARD OF MANAGERS OF THE HUDSON VIEW CONDOMINIUM'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

Upon the motion of creditor and party-in-interest The Board of Managers of the Hudson View Condominium (the "Condominium"), by its attorneys, Travis Law PLLC, moved this Court (the "Motion") for an order seeking relief from the automatic stay for the Condominium to proceed with a foreclosure action against the debtor on the Condominium's common charge lien, and after the hearing held on January 13, 2022; it is

**ORDERED**, that the Court denies the Condominium's motion to lift the automatic stay pursuant to 11 U.S.C. § 362(d)(1) of the Bankruptcy Code and declares the Condominium's common charge lien void ab initio.



**Dated: May 2, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**