UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: | Case No.: 17-11890-CGM-13 <br> (Chapter 13) |
| SHANTA K. SUKHU, | Assigned to: <br> Hon. Cecelia G. Morris |
| Debtor. | Bankruptcy Judge |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING ALBERTO AMBESI'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE**

Upon the motion of creditor and party-in-interest Alberto Ambesi ("Ambesi"), by his attorneys, Travis Law PLLC, for an order seeking relief from the automatic stay to exercise his state law remedies to proceed with the litigation styled *Ambesi, et al v. Shanta Sukhu, et al*, in the Supreme Court of the State of New York, County of New York, Index No.: 160678/2013 (the "State Lawsuit"), and after the hearing held on January 13, 2022; it is

**ORDERED**, that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. § 362(d)(1) of the Bankruptcy Code to permit Ambesi to proceed with the State Lawsuit in the New York State Court, as more particularly described in the Motion, for the limited purposes of resolving the liability portion of the State Lawsuit. Nothing in this Order shall be interpreted to permit Ambesi to collect on any judgment that may be awarded by the New York State Court against the above-captioned debtor while the bankruptcy case remains pending.

**ORDERED**, that this Order is effective immediately upon entry by this Court, notwithstanding the provision of Federal Rules of Bankruptcy Procedure 4001(a)(3).

**ORDERED**, that Ambesi is authorized, but not directed, to file a copy of this Order with the New York State Court.

**ORDERED**, that this Order shall be effective and binding on the above-captioned debtor,

her successors, and any trustee appointed, despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.



**Dated: May 2, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**